**Petition for Writ of Mandamus Denied and Memorandum Opinion filed December 11, 2014.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-14-00965-CR

### NO. 14-14-00969-CR

---

### IN RE JEREMY HENDERSON, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**209th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1429504, 1435390**

---

## MEMORANDUM OPINION

On December 3, 2014, relator Jeremy Henderson filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Michael McSpadden, presiding judge of the 209th District Court of Harris County, to perform an unspecified ministerial function.

Relator makes a general allegation that the trial court has failed to perform a ministerial function and thereby deprived relator of due process, but relator does not identify the ministerial function the trial court allegedly failed to perform or provide any contextual details about the allegation. Relator also has not provided this court any documentation in support of his petition as is required. *See* Tex. R. App. P. 52.3(k)(1)(A), 52.7(a)(1). Thus, relator has not satisfied his burden to demonstrate his entitlement to mandamus relief.

Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Brown.
Do Not Publish — Tex. R. App. P. 47.2(b).